**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ERIC BRITTEN,**

Plaintiff,

**v.**

**STEVE MEYERS, JOSEPH JORUSZEWSKI, DARREN JOHNSON, and MIKE ROSEEN,**

Defendants.

Civil File No. 00-507 (ADM/JGL)

**ORDER**

---

Eric Britten, pro se.

Toni A. Beitz, Esq., Sr. Assistant County Attorney, on behalf of Defendants.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Plaintiff Eric Britten's Motion to Compel Discovery (Doc. No. 25). This matter has been referred to the undersigned Magistrate Judge for resolution of pretrial matters pursuant to 28 U. S. C. § 636 and D. Minn. LR 72.01.

The pretrial order for this matter set the deadline for filing non-dispositive motions as October 13, 2000. Plaintiff's Motion to Compel Discovery was filed June 12, 2001. "Oncc thc prctrial discovery schedule

FILED JUN 1 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

is adopted, it shall not be extended or modified except upon written motion and for good cause shown." D. Minn. LR 16.3. Plaintiff has failed to demonstrate good cause. Therefore, this Court denies the motion.

Based on the foregoing, and all files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff Eric Britten's Motion to Compel Discovery (Doc. No. 25) is **DENIED**.

Dated: June 18, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge