# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ERIC BRITTEN,

v.

STEVE MEYERS, et al.,

Case No: Civil 00-507(ADM/JGL)
Filed Under Seal

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( ) Ad Prosequendum (x) Ad Testificandum.

Name of Detainee: **Antonio Burton**
Detained at (custodian): MCF - Rush City

Detainee is: a.) ( ) charged in this district by:
( ) Indictment ( ) Information ( ) Complaint
Charging Detainee With: ____________

or b.) (x) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (x) return to the custody of detaining facility upon termination of proceedings
or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on Wednesday, August 8, 2001 at 9:00 a.m. in the courtroom of the Honorable Ann Montgomery

Daniel M. Scott, Attorney ID 98395
Standby Counsel For: Eric Britten

AUG 0 3 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## WRIT OF HABEAS CORPUS

( ) Ad Prosequendum (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Aug. 3, 2001
Date

United States District Court Judge

Please provide the following, if known:

AKA(s) (if applicable): ____________ ✔ Male Female ❒
Booking or Fed. Reg. #: OID # 196435 DOB: ____
Facility Address: 7600 525th Street Race: ____
Rush City, MN 55069 FBI #: ____
Facility Phone: 320-358-0400
Currently Incarcerated For: in state custody

RETURN OF SERVICE

Executed on ____________ by ____________ ____________

O:\CASES\A-B\Britten, Eric - 01-366\Antonio Burton W3 Writ of Habeas Corpus.wpd
Form Crim-48

Revised 9/22/97