# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ERIC BRITTEN,
)
)
v. ) Case No: Civil 00-507(ADM/JGL)
) Filed Under Seal
STEVE MEYERS, et al., )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( ) Ad Prosequendum (x) Ad Testificandum.

Name of Detainee: **Edward Santiago**
Detained at (custodian): MCF - Stillwater

Detainee is: a.) ( ) charged in this district by:
( ) Indictment ( ) Information ( ) Complaint
Charging Detainee With: ____________________

or b.) (x) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (x) return to the custody of detaining facility upon termination of proceedings
or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on Wednesday, August 8, 2001 at 9:00 a.m. in the courtroom of the Honorable Ann Montgomery

Daniel M. Scott
Daniel M. Scott, Attorney ID 98395
Standby Counsel For: Eric Britten

FILED AUG 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

## WRIT OF HABEAS CORPUS

( ) Ad Prosequendum (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Aug. 3, 2001
Date

United States District Court Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ✔ Male | Female ❒ |
| Booking or Fed. Reg. #: | OID # 156912 | DOB: | |
| Facility Address: | 970 Pickett Street North | Race: | |
| | Stillwater, MN 55003-1490 | FBI #: | |
| Facility Phone: | 651-779-2700 | | |
| Currently Incarcerated For: | in state custody | | |

**RETURN OF SERVICE**

Executed on ____________ by ____________________ ____________________

O:\CASES\A-B\Britten, Eric - 01-366\Edward Santiago W3 Writ of Habeas Corpus.wpd
Form Crim-48

Revised 9/22/97