# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Eric Britten

Case No. Civil 00-507ADM/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Deputies Steve Meyers, Joseph Jaruszewski,
Darren Johnson and Deputy Rosen

---

(X) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that the action is dismissed and that the defendants recover their costs of action.

DATE: August 10, 2001

Ann D. Montgomery, Judge
U.S. District Court of Minnesota

RICHARD D. SLETTEN, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk