UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-507 (ADM/JGL)

| | |
|---|---|
| ERIC BRITTEN,<br><br>Plaintiff,<br><br>v.<br><br>STEVE MEYERS, ET AL,<br><br>Defendants. | ORDER DISCHARGING STANDBY COUNSEL |

Trial having been completed,

IT IS HEREBY ORDERED that Daniel M. Scott be discharged as standby counsel for the plaintiff in the above entitled case.

Dated: August 16, 2001

ANN D. MONTGOMERY
U.S. District Judge

FILED AUG 13 [illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK