**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

ERIC BRITTEN, Civil No. 00-507 (ADM/JGL)

Plaintiff-Appellant,

v. **ORDER**

STEVE MEYERS, et al.,

Defendants-Respondents.

---

This matter comes before the Court pursuant to Plaintiff's motion seeking additional time to file an application for leave to proceed in forma pauperis, ("IFP"), on appeal.[1] (Docket No. 59.) Plaintiff's motion will be granted, and he will now have until November 20, 2001, to file his new IFP application for his appeal.

Based upon the foregoing, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

Plaintiff's "Motion For Extension," (Docket No. 59), is GRANTED, and Plaintiff shall file a new application to proceed in forma pauperis on appeal by no later than November 20, 2001.

Dated: October 29, 2001

ANN D. MONTGOMERY
United States District Court Judge

---

[1] Plaintiff's motion was originally submitted to the Eighth Circuit Court of Appeals, but the appellate court has referred the motion to the district court for resolution.

FILED 10-30-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK